NO. 07-11-0056-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

JULY 13, 2011
_____

GRADY R. MITCHELL,

Appellant

v.

POPAT PATEL, INDIVIDUALLY, A/K/A PAUL PATEL, KAMU PATEL,
INDIVIDUALLY, SUNIL PATEL, INDIVIDUALLY, AND D/B/A SUPER 8 MOTEL,
AND ANAND, INC.,

Appellees
_____

FROM THE 237TH DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2009-547,914; HON. LES HATCH, PRESIDING
_____

***Order of Dismissal***
_____

Before QUINN, C.J., HANCOCK, J., and BOYD, S.J.[1]

Pending is the appeal of Grady R. Mitchell from a summary judgment executed by the trial court. Mitchell sued Popat Patel, Kamu Patel, Sunil Patel, and Anand, Inc., asserting claims of premises liability. Though Popat and Kamu Patel were granted summary judgment, Anand, Inc. was not. Furthermore, the record fails to show that the claims asserted by Mitchell against Popat and Kamu were severed from the suit. So, what we have before us is an appeal from a judgment that fails to address all claims

_____
[1]John T. Boyd, Senior Justice, sitting by assignment.

against all parties. Consequently, the judgment is not final and appealable. *See Lehmann v. Har-Con Corp.,* 39 S.W.3d 191, 200 (Tex. 2001) (stating that a judgment is final and appealable when it disposes of all claims against all parties).

Because a final judgment is a prerequisite to our having jurisdiction over an appeal, *id.* at 195, we dismiss the appeal for want of jurisdiction.


Brian Quinn
Chief Justice